# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

WORLD ACCESS, INC., a Colorado corporation,

*Plaintiff*

v.

MIDWEST UNDERGROUND TECHNOLOGY, INC., an Illinois corporation, doing business as SABRE INDUSTRIES,

*Defendant*

Civil Action No.  2:15-CV-285-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion for Summary Judgment (ECF No. 6) is DENIED as to Plaintiff's Breach of Contract claims related to the one disputed Purchase Order, the alleged Change Orders, and the four Texas work sites; Implied-in Fact Contract claim; claim for Breach of the Covenant of Good Faith and Fair Dealing; and Tortious Inerference with Contract claim. Defendant's Motion for Summary Judgment (ECF No. 6) is GRANTED as to Plaintiff's Breach of Contract claim related to the Purchase Orders that Defendant has already paid.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Salvador Mendoza, Jr.   on a Motion for Summary Judgment.

Date:  September 30, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb

*(By) Deputy Clerk*

Penny Lamb