FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WORLD ACCESS INC., a Colorado corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDWEST UNDERGROUND TECHNOLOGY INC. DBA SABRE INDUSTRIES, an Illinois Corporation, doing business as SABRE INDUSTRIES,<br><br>    Defendant. | No. 2:15-CV-0285-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 2, 2017, the parties filed a stipulated dismissal, ECF No. 46. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED:**

    **1.** The parties' Stipulated Motion for Order of Dismissal, **ECF No. 46**, is **GRANTED.**

    **2.** All claims, counterclaims and defenses asserted herein are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.** All pending motions are **DENIED AS MOOT.**

ORDER DISMISSING CASE - 1

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of June 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE - 2